UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV17-00969 JAK (DTBx) | Date | May 6, 2021 |
| Title | James Frailing, et al. v. Nationwide Mutual Insurance Company, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE REQUEST FOR DISMISSAL WITHOUT PREJUDICE (DKT. 167)   JS-6

Based on a review of the parties' Request for Dismissal Without Prejudice (the "Request" (Dkt. 167)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested is **GRANTED.** This action is dismissed without prejudice; provided, however, by the later of June 14, 2021, or within seven days of the completion of the settlement payment to Plaintiffs, the parties shall file a stipulation and proposed order reopening the matter for the limited purpose of dismissing the action with prejudice.

**IT IS SO ORDERED.**

:

Initials of Preparer    TJ